UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Healthcare Services Group, Inc.,

    Plaintiff,

vs.

Patrick T. Benton,

    Defendant.

Case No.: 3:06-cv-06025-BZ

(PROPOSED)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Judge: Hon. Bernard Zimmerman

Jeffrey L. Braff, an active member in good standing of the bar of Pennsylvania and admitted to practice before the Superior Court of Pennsylvania, whose business and telephone number is

COZEN O'CONNOR
1900 MARKET Street
Philadelphia, PA  19103
215-665-2000,

having applied in the above-entitled action for admission to practice in the Northern District on a pro hac vice basis representing Plaintiff Heathcare Services Group, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 15 Oct 06

Bernard Zimmerman
United States Judge

SAN_FRANCISCO\37911\1 191117.000

1