1  Jeffrey L. Braff (PA Bar No. 28080)
   Admitted Pro Hac Vice
2  COZEN O'CONNOR
   1900 Market Street
3  Philadelphia, PA 19103
   Telephone: 215.665.2000
4  Facsimile: 215.665.2013

5  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
6  425 California Street, Suite 2400
   San Francisco, California 94104
7  Telephone: 415.617.6100
   Facsimile: 415.617.6101
8
   Attorneys for Plaintiff and Third-Party Defendant
9  HEALTHCARE SERVICES GROUP, INC.

E-Filing

10            IN THE UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13 HEALTHCARE SERVICES GROUP, INC., | Case No.: 3:06-cv-06025-BZ |
| 14                    Plaintiff, | **PARTIES' STIPULATION, JOINT REQUESTS FOR DISMISSALS WITH PREJUDICE AND ORDER** |
| 15        v. | |
| 16 PATRICK T. BENTON, | Complaint Filed: 9/27/06 |
| 17                    Defendant. | |
| 18 | |
| 19 PATRICK T. BENTON, | |
| 20   Defendant and Third-Party Plaintiff, | |
| 21        v. | |
| 22 HEALTHCARE SERVICES GROUP, INC., a Pennsylvania corporation, ROES 1-10, inclusive, | |
| 23 | |
|    Plaintiff and Third-Party Defendants. | |
| 24 | |

25     Plaintiff and third-party defendant HEALTHCARE SERVICES GROUP, INC. hereby
26 requests that this Court dismiss its complaint against PATRICK T. BENTON with prejudice.
27
28

1  Defendant and third-party plaintiff PATRICK T. BENTON hereby requests that this Court
2  dismiss his third-party complaint against HEALTHCARE SERVICES GROUP, INC. with
3  prejudice.
4  **IT IS SO STIPULATED.**
5  DATED: Dec 27, 2006                LAW OFFICE OF BOYD E. BURNISON

   By: _____
       Boyd E. Burnison, Esq.
       Attorneys for Defendant and Third-Party
       Plaintiff PATRICK T. BENTON

10 DATED: 12/28/06                    COZEN O'CONNOR

   By: _____
       Steven L. Rodriguez
       Attorneys for Plaintiff and Third-Party
       Defendant HEALTHCARE SERVICES
       GROUP, INC.

## ORDER

The court having reviewed the foregoing stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff and third-party defendant HEALTHCARE SERVICES GROUP, INC.'s complaint is hereby dismissed WITH PREJUDICE. Defendant and third-party plaintiff PATRICK T. BENTON's third-party complaint is hereby dismissed against HEALTHCARE SERVICES GROUP, INC. with prejudice

Dated: 4 Jan 06                      _____
                                     Bernard Zimmerman
                                     United States District Court Judge

SAN_FRANCISCO\38843\1  191117.000

## CERTIFICATE OF SERVICE BY U.S. MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. My business address is 425 California Street, 24th Floor, San Francisco, California 94104.

I am readily familiar with the procedures of this firm for preparation of documents to be delivered via U.S. mail. On December 20, 2006, I caused a true and correct copy of **PARTIES' STIPULATION, JOINT REQUESTS FOR DISMISSALS WITH PREJUDICE AND ORDER** to be served via U.S. mail to the following:

Dylan W. Wiseman, Esq.
LITTLER MENDELSON
A Professional Corporation
2520 Ventura Oaks Way
Suite 390
Sacramento, CA  95833-4227

Boyd E. Burnison, Esq.
A Professional Law Corporation
P.O. Box 743
Diablo, CA  94528-0743

I hereby certify, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and that this declaration was executed on January 3, 2007, at San Francisco, California.

*Lisa S. Ward*

Lisa S. Ward

SAN_FRANCISCO\39159\1   191117.000